UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62193-CIV-DIMITROULEAS/SNOW

DANIEL GORWITZ,

    Plaintiff,

vs.

USA AIR DUCT CLEANERS, LLC, a Florida
Limited Liability Company, and DORON ZIV,
individually

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice [DE 28]. The Court has reviewed the Motion [DE 28], the settlement agreement [DE 28-1], and is otherwise fully advised in the premises.

In the above-styled case, Plaintiff alleges that the Defendant violated the Fair Labor Standards Act ("FLSA"); therefore, any settlement agreement must be approved by the Court. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). When a settlement agreement requires approval by the Court, special circumstances must exist in order to deny the public access to the agreement. *See Brown v. Advantage Eng'g Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case. Absent a showing of extraordinary circumstances . . . , the court file must remain accessible to the public.")."

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 28] and the Settlement Agreement attached thereto are **APPROVED**. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350 (11th Cir. 1982).

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of July, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record